## George Peppler v. George Ratz.

### Variance.

A declaration charging a defendant with receiving lumber as plaintiff's agent to sell, and with collecting and not paying over the proceeds, cannot be supported by proof of a sale of the lumber to defendant, and the partial non-payment of the price by him as original purchaser.—*Per Curiam.*

Error to Osceola.　Submitted and decided January 10.　The court below found that the plaintiff could not recover under his declaration, and the plaintiff brought error.　Affirmed with costs.

*Patterson & Palmer* for plaintiff in error.

*Burch, Beardsley & Judkins* for defendant in error.

---

## Jacob S. Larzelere et al. v. John Starkweather and Elizabeth A. Larzelere.

*Administratrix Sale in trust and after the Statutory Period—Mortgage Sale in Parcels—Proof of Claims not a " Proceeding at Law "—Notice through Rumor or by Attorney's Knowledge.*

A judicial opinion must be construed with reference to the facts on which it is based.

The probate court does not lose its jurisdiction to order a sale of real estate if the settlement of the estate is delayed beyond the statutory period by causes beyond its control and that of the administrator.　Distinguished in the fact of such delay from *Hoffman v. Beard*, 32 Mich., 219.

An administratrix of her husband sold real estate under an arrangement that the purchaser was to protect the property from trespassers and hold the title until the decedent's children came of